UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED DEFIGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND,<br><br>　　　　　Defendant. | Case No.  3:23-cv-02009-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable William H. Orrick to determine whether it is related to *Blalock v. Oakland Police Department*, No. 23-cv-01999-WHO. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  April 26, 2023

_____
JAMES DONATO
United States District Judge