Your name: Christopher Taaffe
Address: 146 W. Bissell Ave
Richmond, CA 94801
Phone Number: 510-426-1725
E-mail Address: crtaaffe12@gmail.com

**FILED**
APR 25 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jessica Blalock, Lydia Blumberg, Lisa Gray-Garcia and Yesica Prado<br><br>Plaintiff(s),<br><br>vs.<br><br>Oakland Police Department, Captain Burch, LaTonda Simmons, City of Oakland,<br><br>Defendant(s). | Case Number: C23-01999-WHO<br><br>DECLARATION OF [name]<br>Christopher Taaffe<br><br>IN SUPPORT OF Ex Parte Temporary Restraining Order |

I, [name] Christopher Taaffe
declare as follows:
*[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

1. I am witness to this case. I am an activist.

DECLARATION OF Christopher Taaffe _____ IN SUPPORT OF
CASE NO. _____; PAGE 1 OF 3 [JDC TEMPLATE Rev.2015]

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

3. This is a public street and they are being very restrictive about who they allow inside.

4. In the mornings, they only allow 5-6 supporters to assist the residents, and then secure the gates.

5. The closing of the gates have been happening earlier and earlier everyday. By 6:30 a.m, the gates are closed.

6. After closing the gates, Oakland Police has not at times allowed even residents inside. It's a delayed process, some times just for them to go inside and get their property.

7. Oakland Police officers stall people from bringing water and food inside the lot. Eventually, the food and water are admitted after a delay, but not people.

8. There is a heavy police presence mostly at the north gate of Wood street. I've counted about 15-20 police officers at all times. Most of

9. the police officers stand around doing nothing. They are mostly chatting amongst each other and not paying attention. At times, they laugh at residents & supporters.

*[Insert this page if you need extra space. Number each paragraph.]*

10. Oakland Police officers are rough in handling safety at the gate. They have put their hands on people to remove them instead of speaking to them.

DECLARATION OF __Christopher Taaffe__ IN SUPPORT OF

CASE NO. _____; PAGE _2_ OF _3_ [JDC TEMPLATE Rev.2015]

11. Officers are brusk when opening the gate and they have hit people with it. They are bruskly going about their business without concern for people.

12. City staff will not allow you to come inside to document. I am standing about 200-300 feet away from the site and it's difficult to see what is happening inside.

13. I saw Yesica Prado be denied access to enter even after identifying herself as press. They also told her the wrong information about the press conference and the public information officer would arrive in 15 minutes, but it was a lie. It was obstruction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *[date]* **APRIL 25, 2023**.

Signature: Christopher Taaffe

Printed name: Christopher Taaffe

Address: 146 W. Bissell St, Richmond

Phone Number: 510 426-1725

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE 3 OF 3 *[JDC TEMPLATE Rev.2015]*