UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLALOCK, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 3:23-cv-01999-WHO<br><br>**ORDER TO SHOW CAUSE** |

The plaintiffs' amended complaint was due January 8, 2024. [Dkt. No. 47]. A response to the complaint was due February 12, 2024. *See id.* Nothing has been filed in this case by any party since November 6, 2023. [Dkt. No. 46].

Accordingly, the plaintiffs are ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. The plaintiffs may expunge this Order to Show Cause by filing an amended complaint or a request for a Case Management Conference by April 17, 2024. Should they fail to do so, this case will be dismissed without prejudice under Federal Rule 41(a).

**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
William H. Orrick
United States District Judge