UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BLALOCK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 3:23-cv-01999-WHO<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 48 |

The plaintiffs in this case previously missed deadlines to file an amended complaint, and I issued an Order to Show Cause ("OSC") as to why this case should not be dismissed for failure to prosecute. [Dkt. No. 48]. The plaintiffs had over a month to respond to the OSC but did not file anything. Nothing has been filed by any party in this case since November 6, 2023. [Dkt. No. 46].

Accordingly, this matter is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute, and any hearings scheduled in this matter are VACATED. *See* Fed. R. Civ. Proc. 41(a)(2).

**IT IS SO ORDERED**.

Dated: April 18, 2024



WILLIAM H. ORRICK
United States District Judge